# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# Greenbelt Division

|  |  |  |
|---|---|---|
| In Re: | : | |
| | : | Case No.15-18765 |
| LAVERN H. PARKER | : | Chapter 13 |
| | : | |
| Debtor | : | |

## EXPEDITED MOTION TO SELL REAL PROPERTY

Now Comes Debtor, Lavern H. Parker, by and through counsel Watson & Moran, LLC and hereby files this Expedited Motion to Sell Real Property and in support thereof states as follows:

*1.* Debtor has entered into a written contract of sale with respect to their real property located at: 27737 Yanak Ct., Mechanicsville, Maryland, 20659 for $415,000.00. *See Attached Exhibit A, and addendum.*

2. Per contract, closing is set to occur in October 2014.

3. As of August 2016, the secured claims on the real property total an estimated amount of $399,903.27. *See Exhibit B.*

4. Debtor anticipates that after payments of liens she will need to pay additional costs at closing to cover broker commissions and her contribution to sellers closing costs.

5. Although Debtor will pay additional costs to close at sale, Debtor desires to sell the house to: 1) be immediately be free of the mortgage obligation, costs and other expenses related to the home; and 2) to satisfy the terms of

her Separation Agreement and Judgment of Divorce which required that she place the home on the market to be sold[1]. *See Exhibit C.*

6. Debtor understands that she cannot sell the real property without the written permission of the Court.

7. Debtor will direct the settlement attorney to pay additional proceeds, if any, to the Trustee and to provide a HUD 1.

8. It would be in the interest of justice and efficiency for the court to consider this motion on an expedited basis and to grant the relief requested.

WHEREFORE, Debtor respectfully request that this Honorable Court:

A. Enter an Order allowing Debtor to sell the real property known located at: 27737 Yanak Ct., Mechanicsville, Maryland, 20659; and directing any proceeds to be paid to the Trustee.

B. Any other relief that the nature of this cause may require.

Respectfully Submitted:

/S/ E. Gregory Watson, Esq.
E. Gregory Watson, Esq.
Watson & Moran, LLC
9500 Arena Dr.
Suite 430
Largo, MD 20774
Tel. (240) 764-5302

---

[1] Parker v. Parker, Prince Georges County, Circuit Court, CAD14-26958

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused a copy of the foregoing Expedited Motion to Sell Real Property to be served on all creditors and parties hereto and to Trustee, either electronically or by mailing same first class mail postage prepaid on October 7, 2016.

                                                    /s/ E. Gregory Watson, Esq.
                                                    E. Gregory Watson, Esq.