

LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### GREENBELT Division

IN RE:

LAVERN H. PARKER

Debtor(s)

Case No. 15-18765
Chapter 13

ROBERT PARKER, non-filing co-debtor

### ORDER AUTHORIZING LOAN MODIFICATION

Upon a motion and/or notice by the debtor for authority to enter into an agreement to modify an existing secured loan for real property, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the Debtor(s) is/are authorized to enter into a modification of an existing secured loan agreement according to the terms set out in the motion; and it is further

**ORDERED**, that the terms of the confirmed plan in this case are not hereby modified, and any plan modification must be effected by separate motion and order pursuant to section 1329 of the Bankruptcy Code; and it is further

**ORDERED**, that this order does not alter or affect the status or priority of any other existing lien(s) on the real property that is the subject of the loan modification, and it is further

**ORDERED**, that upon the finalization of the loan modification, the Debtor shall immediately transmit a copy of the signed loan modification agreement to the Chapter 13 Trustee.

copies to:

Lavern H. Parker
27737 Yanak Court
Mechanicsville, MD 20659

Robert Parker
27737 Yanak Court
Mechanicsville, MD 20659

Edward Gregory Watson, Esquire
9500 Arena Drive, Suite 430
Largo, MD 20774

Timothy P. Branigan, Trustee
14502 Greenview Drive
Suite 506
Laurel, MD 20708

                    END OF ORDER